FILED

JUN 0 1 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____
           DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W06CR098** |
| Plaintiff, | * | INFORMATION |
| VS. | * | [Vio: 29 U.S.C. 439(c) – Falsification, Concealment or Destruction of Financial Records Required Kept by Labor Union in Private Sector] |
| JANICE McKAMEY, | * | |
| Defendant. | * | |

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this Information, the Graphic Communications International Union (GCIU), Local 88-N, was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. That in or around July, 2004, in the Western District of Texas, the Defendant,

**JANICE McKAMEY**,

did willfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the treasurer's financial records, a record on matters required to be reported in the annual financial report of the Graphic Communications International Union required to be filed with the Secretary of Labor, in violation of Title 29, United States Code, Section 439(c).

JOHNNY SUTTON
United States Attorney

By: GREGORY S. GLOFF
Assistant U. S. Attorney